**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff and the Proposed Class*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AMAYA, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>  Defendant. | Case No.: 2:16-cv-7734<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

Pursuant to plaintiff's Notice of Voluntary Dismissal Without Prejudice brought pursuant to Fed. R. Civ. P. 41(a), it is hereby ORDERED:

This action is dismissed without prejudice.

Dated: January 18, 2017

_____
Hon. John F. Walter
United States District Judge